UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| CYNTHIA ROBBINS, individual and as successor in interest to Decedent MARIO PEREZ, RONIN RAY PEREZ, by and through his Guardian ad Litem, CYNTHIA ROBBINS, ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HANFORD, a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual OFFICER CHRIS JORDAN, and individual, ,<br><br>　　　　　Defendants. | Case No.  CIV-F-04-6672 AWI SMS<br><br>**STIPULATION FOR CONSOLIDATION OF ACTIONS** |
| RACHEL SALAZAR, an individual, and GLORIA PEREZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HANFORD, a municipal entity, CITY OF HANFORD POLICE DEPARTMENT, OFFICER DIENER, an individual OFFICER CHRIS JORDAN, and individual, ,<br><br>　　　　　Defendants. | Case No.  1:05-CV-00147 OWW SMS |

　　　　The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to the consolidation of related actions that arise out of the same occurrence, specifically, the parties request the consolidation of <u>Rachel Salazar, et al v. City of Hanford, et al.</u>, Case Number 1:05-CV-00147 OWW SMS with the case entitled <u>Cynthia</u>

<u>Robbins, et al. v. City of Hanford, et al</u>., Case Number CIV-F-04-6672 AWI SMS. The consolidated action will have Case Number CIV-F-04-6672 AWI SMS.

The parties further stipulate and request that the Joint Scheduling Report and Case Management Order already entered in Case Number CIV-F-04-6672 AWI SMS serve as the controlling pleadings in the consolidated action so that duplicative pleadings are not necessary.  Therefore, the Joint Scheduling Conference set for May 18, 2005 in the <u>Rachel Salazar, et al v. City of Hanford, et al.</u>, Case Number 1:05-CV-00147 OWW SMS case will be taken off calendar and will not be rescheduled.  As such, the parties agree and hereby stipulate that the Scheduling Conference Order entered in <u>Cynthia Robbins, et al. v. City of Hanford, et al.</u>, Case Number CIV-F-04-6672 AWI SMS, and the deadlines therein will apply to the consolidated action.

With regard to the initial disclosures required by Federal Rules of Civil Procedure, Rule 26, said disclosures shall be made by the parties in the <u>Rachel Salazar, et al v. City of Hanford, et al.</u>, Case Number 1:05-CV-00147 OWW SMS matter on or before 30 days after the receiving notice of the Court's Order consolidating the actions pursuant to this stipulation.

This stipulation can be executed in counterparts and by facsimile signatures.

(See signatures starting on Page 3.)
Dated: May _____, 2005              McCORMICK, BARSTOW, SHEPPARD
                                    WAYTE & CARRUTH LLP


                            By:_____/S/ Matthew E. Fletcher_____
                                    Justus C. Spillner
                                    Matthew E. Fletcher
                                    Attorneys for Defendants
                                    CITY OF HANFORD, CITY OF
                                    HANFORD POLICE DEPARTMENT,
                                    OFFICER DIENER and OFFICER CHRIS
                                    JORDAN

2

Dated: May _____, 2005    LAW OFFICES OF FERNANDO F. CHAVEZ

By: _____/S/ Thomas A. Brill_____
Thomas A. Brill
Attorneys for Plaintiffs
Rachel Salazar and Gloria Perez,
Cynthia Robbins, individual and as
successor in interest to Decedent Mario
Perez, Ronin Ray Perez, by and through his
Guardian ad Litem, Cynthia Robbins

IT IS SO ORDERED THAT:  The case entitled <u>Rachel Salazar, et al v. City of Hanford, et al.</u>, Case Number 1:05-CV-00147 OWW SMS is to be consolidated with <u>Cynthia Robbins, et al. v. City of Hanford, et al.</u>, Case Number CIV-F-04-6672 AWI SMS, pursuant to the above stipulation between the parties.

IT IS SO ORDERED.

**Dated:   May 18, 2005**             /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

3